1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIKIE ROSS HANSEN,

                      Plaintiff,

      v.

STATE OF WASHINGTON,

                   Defendant.

No. C12-5633 BHS/KLS

ORDER GRANTING INFORMA
PAUPERIS STATUS

      Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*.  ECF
No. 7.  Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**.
Plaintiff is currently detained at the Western State Hospital and does not appear to have funds
available to afford the $350.00 court filing fee.

      The Clerk is directed to mail a copy of this Order to Plaintiff.

      **DATED** this  17th  day of September, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1