UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIKIE ROSS HANSEN,<br><br>       Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON,<br><br>       Defendant. | No. C12-5633 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

  Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF No. 7. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Western State Hospital and does not appear to have funds available to afford the $350.00 court filing fee.

  The Clerk is directed to mail a copy of this Order to Plaintiff.

  **DATED** this  17th  day of September, 2012.

                     /s/ Karen L. Strombom
                      Karen L. Strombom
                      United States Magistrate Judge

ORDER - 1