1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIKIE ROSS HANSEN,

                    Plaintiff,

v.

WASHINGTON STATE,

                    Defendant.

CASE NO. C12-5633 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 20), and Plaintiff Mike Ross Hansen's ("Hansen") objections to the R&R (Dkt. 23).

On November 2, 2012, Judge Strombom issued an R&R recommending that the Court dismiss Hansen's amended complaint without prejudice because it was deficient. Dkt. 20.  On November 9, 2012, Hansen filed objections stating that Judge Strombom's R&R was "made up" and that someone is hiding laws.  Dkt. 23.  These are not proper objections and will not be addressed.

Therefore, the Court having considered the R&R, Hansen's objections, and the remaining record, does hereby find and order as follows:

ORDER - 1

(1)     The R&R is **ADOPTED**;

(2)     Hansen's amended complaint is **DISMISSED without prejudice**; and

(3)     The Clerk shall close this case.

Dated this 13th day of December, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2