UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIKIE ROSS HANSEN,<br><br>                Plaintiff,<br><br>v.<br><br>WASHINGTON STATE,<br><br>                Defendant. | CASE NO. C12-5633 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 20), and Plaintiff Mike Ross Hansen's ("Hansen") objections to the R&R (Dkt. 23).

      On November 2, 2012, Judge Strombom issued an R&R recommending that the Court dismiss Hansen's amended complaint without prejudice because it was deficient. Dkt. 20. On November 9, 2012, Hansen filed objections stating that Judge Strombom's R&R was "made up" and that someone is hiding laws. Dkt. 23. These are not proper objections and will not be addressed.

      Therefore, the Court having considered the R&R, Hansen's objections, and the remaining record, does hereby find and order as follows:

(1)  The R&R is **ADOPTED**;

(2)  Hansen's amended complaint is **DISMISSED without prejudice**; and

(3)  The Clerk shall close this case.

Dated this 13th day of December, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge